pellate Division, First Department. May 29, 1913.) Action by Jesse C. Bennett and another against William D. Campbell and others. J. A. Speer, of New York City, for appellants. E. J. Myers, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the towns of Yorktown and New Castle, Westchester County, etc. No opinion. Motion granted, without costs. Settle order before Mr. Justice Putnam.

BERG, Respondent, v. KEBER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles Berg, as executor, against Elizabeth Keber, impleaded with others. E. J. Rowe, of New York City, for appellant. W. Brunner, of New York City, for respondent. No opinion. Judgment (78 Misc. Rep. 468, 138 N. Y. Supp. 358) and order affirmed, with costs. Order filed.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, Second Department, July 25, 1913.) Action by Esther Bernstein against Isaac Friend.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to plaintiff to serve an amended complaint within 20 days on payment of $10 costs.

In re BLACK. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) In the matter of the application of William Harman Black to examine Daniel J. Sully in proceedings supplementary to execution. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 562, 123 N. Y. Supp. 371.

BLAKELY, Respondent, v. BLAKELY, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Julius W. Blakely. against Grace R. Blakely. No opinion. Judgment unanimously affirmed.

BLUM v. SCOTTISH UNION & NATIONAL INS. CO. OF EDINBURGH. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Appeal from Special Term, New York County. Action by Max D. Blum against the Scottish Union & National Insurance Company of Edinburgh. From an order compelling defendant to furnish a bill of particulars, it appeals. Order modified and affirmed. Benedict M. Holden, of New York City (Augustus L. Richards, of New York City, of counsel), for appellant. Slade & Slade, of New York City (David Slade, of New York City, of counsel), for respondent.
PER CURIAM. The order appealed from should be modified, by denying the motion requiring the defendant to furnish the particulars specified in the notice therefor, except the eighteenth, nineteenth, and twentieth demands, as to which a bill of particulars is required, and, as so modified, affirmed, without costs to either party.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of the Board of Rapid Transit Railroad Commissioners. With this case has been consolidated in this court cases bearing titles as follows: In re Third Avenue Route. In re Seventh and Eighth Avenue Route. In re Fourteenth Street Route. In re White Plains Road Route. No opinion. Motions granted. Settle orders on notice.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of three commissioners, etc.; Brooklyn and Manhattan Loop Lines, Brooklyn Sections.
PER CURIAM. Motion granted, and time extended for one year.
CARR, J., not voting.

In re BOARD OF SUP'RS OF PUTNAM COUNTY. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application of the Board of Supervisors of Putnam County to acquire certain real estate, etc.; Putnam Valley-Tompkins Corners County Highway, Road No. 974. No opinion. Order of the County Court of Putnam county, in so far as appealed from, affirmed, with $10 costs and disbursements.

BOBIS v. WARHEIT PUB. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Sarah Bobis against the Warheit Publishing Company. No opinion. Motion granted, with $10 costs. Order filed.

In re BOHAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Owen W. Bohan. No opinion. Referee's report approved, and proceedings dismissed. Settle order on notice. See, also, 140 N. Y. Supp. 1110.

In re BOLTON'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) In the matter of the appraisal of the estate of Adele Bolton, deceased, under the acts in relation to taxable transfer of property. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs.

BOVAR, Respondent, v. MECHANICVILLE ELECTRIC LIGHT & GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Mary